UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-335

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER APPOINTING SPECIAL |
| ) | MASTER |
| DAWN WRIGHT OLIVARES, ) | |
| DANIEL OLIVARES ) | |

**THIS MATTER** is before the Court on the joint motion of the parties to appoint a Special Master pursuant to 18 U.S.C. § 3664(d)(6). For the reasons stated in the joint motion, and for good cause found, the motion is **GRANTED**.

**IT IS ORDERED** that Kenneth D. Bell be appointed Special Master in the instant action to submit proposed findings of fact and recommendations to the Court and to otherwise serve as directed below;

**IT IS FURTHER ORDERED** that the Special Master fashion a proposed restitution order and recommend findings to the Court on the following issues: (a) which entities and individuals are properly considered "victims" pursuant to 18 U.S.C. § 3663A(a)(2); (b) the proper amount of restitution owed to each victim pursuant to 18 U.S.C. §§ 3663A(b) and 3664(e); and (c) an appropriate payment schedule pursuant to, among other sections, 18 U.S.C. § 3664(i); as well as other issues that may arise under 18 U.S.C. §§ 3663, 3663A, or 3664, and as may be ordered by the Court;

**IT IS FURTHER ORDERED** that the Special Master notify identified victims as required by 18 U.S.C. §§ 3771(b)(1) and 3771(c)(1);

1

**IT IS FURTHER ORDERED** that the Special Master receive restitution payments and use such payments to make appropriate distribution to victims, to be reimbursed for costs and expenses, and to be appropriately compensated.

**IT IS FURTHER ORDERED** that the Special Master's responsibilities and powers under this Order are intended to complement and work in harmony with the Special Master's duties and powers as court-appointed Receiver in the case of *Securities and Exchange Commission v. Rex Ventures Group, LLC d/b/a ZeekRewards.com and Paul Burks*, Civil Action No. 3:12 cv 519 in the United States District Court for the Western District of North Carolina.

Signed: December 23, 2013

Max O. Cogburn Jr.
United States District Judge